IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 10 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| MURALI JASTY, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-MC-003-B/P |
| | ) | |
| WRIGHT MEDICAL TECHNOLOGY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

Before the court is defendant's Motion to Quash Subpoena and Motion for Protective Order, filed on February 2, 2005 (dkt #1). This matter was referred to the magistrate judge for determination. On February 24, 2005, the court held a hearing on this motion. Counsel for all interested parties were present and heard. At that hearing, the parties informed the court that the same issues raised in the defendant's motion were also raised in a motion for sanctions that was before the court in the district where the underlying action is pending. This court held the motion to quash in abeyance until such time that the motion for sanctions is resolved. This court, having not heard from the parties regarding the status of the motion for sanctions, hereby DENIES the motion to quash subpoena and for protective order without prejudice. The

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05



defendant may refile the motion at a later date, if necessary.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_____5/10/05_____
Date

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-MC-00003 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Joanne D'Alcomo
JAGER SMITH PC
One Financial Center
Boston, MA 02111

Honorable J. Breen
US DISTRICT COURT